**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CECILIA SARAI GUZMAN GONZALEZ,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>Respondent. | No. 08-73185<br><br>Agency No. A079-525-633<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 13, 2010[**]

Before:     SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

Cecilia Sarai Guzman Gonzalez, a native and citizen of Mexico, petitions

pro se for review of the Board of Immigration Appeals' ("BIA") order denying her

motion to reopen. We have jurisdiction under 8 U.S.C. § 1252. We deny the

petition for review.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

In her opening brief, Guzman Gonzalez fails to address, and thereby has waived any challenge to, the BIA's dispositive determination that she failed to establish the due diligence necessary to waive the 90-day filing deadline for motions to reopen. *See* 8 C.F.R. § 1003.2(c)(2); *Martinez-Serrano v. INS*, 94 F.3d 1256, 1259-60 (9th Cir. 1996) (issues not specifically raised in an opening brief are deemed waived).

In light of our disposition, we do not reach Guzman Gonzalez's remaining contentions.

**PETITION FOR REVIEW DENIED.**